OPINION — AG — **** KINDERGARTEN STUDENTS — TRANSFER **** IT IS NOT MANDATORY FOR A COUNTY SUPERINTENDENT TO APPROVE A TRANSFER IF A SCHOOL DISTRICT DOES NOT OFFER KINDERGARTEN AND A TRANSFER IS REQUESTED FOR A PUPIL OF KINDERGARTEN AGE. CITE: 70 O.S. 1961, 8-1 [70-8-1], 70 O.S. 1961, 8-3 [70-8-3] 70 O.S. 1969 Supp., 1210.101-1210.105 [70-1210.101] — [70-1210.105] (GARY GLASGOW) ** SEE: OPINION NO. 71-260 (1971) **